UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-60116-Cr-SCOLA/SNOW

UNITED STATES OF AMERICA,

vs.

VAN LAWSON WILLIAMS,

    Defendant.
_____/

# ORDER GRANTING DEFENDANT'S MOTION TO ADOPT PRIOR DEFENSE MOTIONS; AND ORDER ADOPTING THE COURT'S PRIOR RULINGS ON THOSE MOTIONS

THIS MATTER is before the Court on the Defendant's Motion to Adopt All Prior Defense Motions [ECF No. 53]. In light of the Superseding Indictment [ECF No. 52], the Defendant seeks to summarily adopt all prior defense motions that he filed in order "to preserve the issues presented in those motions." Mot. ¶ 3.

The Defendant's request to adopt is **GRANTED**. The Court also hereby summarily rules on those adopted motions consistent with its prior Orders addressing the original motions. Those Orders [ECF Nos. 49, 50, 51] are expressly incorporated herein, as applied to Defendant's adopted motions.

    **DONE and ORDERED** in chambers, at Miami, Florida, on August 9, 2012.

                                        **ROBERT N. SCOLA, JR.**
                                        **UNITED STATES DISTRICT JUDGE**

Copies to:
*Counsel of record*